1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COLLEEN M. SCHENKEL** | CASE NO. CIV-09-2661 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 14, 2010, to June 17, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

26 / / / /

27 / / / /

28 / / / /

1

Dated: February 9, 2010                 */s/Bess M. Brewer*
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff


Dated:February 9, 2010                  Benjamin G. Wagner

                                        United States Attorney

                                        /s/ *Timothy Bolin*
                                        TIMOTHY BOLIN
                                        Special Assistant U.S. Attorney
                                        Social Security Administration

                                        Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.



 DATED: April 21, 2010

                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE

2