IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN M. SCHENKEL, | No. CIV S-09-2661-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On November 19, 2009, and again on July 23, 2010, the court directed plaintiff to show cause why the action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.  Plaintiff adequately responded to both orders to show cause, which are hereby discharged.

IT IS SO ORDERED.

DATED: October 22, 2010

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE